Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Mercantile Adjustment Bureau, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO SUELLEN, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCANTILE ADJUSTMENT BUREAU, LLC; EQUABLE ASCENT FINANCIAL, LLC,<br><br>Defendants. | Case No. CV12 0916 NC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

The undersigned, counsel of record for Plaintiff Ronaldo Suellen and Defendant Mercantile Adjustment Bureau, LLC, hereby stipulate to and jointly request a continuance of the June 6, 2012, Case Management Conference to June 13, 2012. This stipulation is made with reference to the following:

1.   By order dated February 23, 2012, the Court set a Scheduling Conference for June 6, 2012 at 10:00 a.m.

2. Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint which is set for hearing on June 13, 2012 at 9:00 a.m.

3. Defendant wishes to combine the appearances give that counsel for Defendant is located in San Diego and costs associated with travel on two separate dates could be avoided by combining the appearances.

Based on the foregoing, the parties hereby stipulate to and jointly request a continuance of the Case Management Conference from June 6, 2012 to June 13, 2012.

Dated: 5-17-2012

THE BERG LAW GROUP

Irving L. Berg
Attorney for Plaintiff
Ronaldo Suellen

Dated: 5/16/12

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Mercantile Adjustment Bureau, LLC

## [PROPOSED] ORDER

The Case Management Conference is hereby continued to June 13, 2012.
at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 22, 2012

*/s/ Nathanael M. Cousins*
Hon. Nathanael M. Cousins
United States Magistrate Judge